IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM EADDY, also known as KARREM JOHNSON, *Petitioner*, | : : : : | CIVIL ACTION |
| v. | : : | |
| SUPERINTENDENT THERESA DELBALSO, *et al.*, *Respondents*. | : : : : | NO. 19-0450 |

FILED APR 30 2019

## ORDER

AND NOW this 29th day of April 2019, upon careful and independent consideration of Petitioner Kareem Eaddy's unopposed Motion for Stay (Doc. No. 9) and United States Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. No. 11), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**;

2. Mr. Eaddy's unopposed Motion for Stay (Doc. No. 9) is **GRANTED**;

3. Mr. Eaddy's Petition for Writ of Habeas Corpus is **STAYED** and **HELD IN ABEYANCE** until the conclusion of Mr. Eaddy's state court proceedings;

4. Mr. Eaddy shall return to federal court within thirty days following the conclusion of his state court proceedings. If Mr. Eaddy does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice; and

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

ENT'D APR 30 2019