IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM EADDY, | : | |
| *Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT THERESA DELBALSO, | : | |
| *et al.*, | : | NO. 19-0450 |
| *Respondents* | : | |

## ORDER

AND NOW, this 26 day of February 2024, upon consideration of Kareem Eaddy's Petition for a Writ of Habeas Corpus (Doc. No. 1), Memorandum of Law in Support of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 18), Amended Petition for Writ of Habeas Corpus (Doc. No. 39), the Commonwealth's First Response (Doc. No. 41), the Transcript of Evidentiary Hearing Held September 29, 2022 (Doc. No. 46), the Commonwealth's Second Response (Doc. No. 52), and the Report and Recommendation of Magistrate Judge Pamela Carlos (Doc. No. 53), it is hereby **ORDERED AND DECREED** that:

1. The Report and Recommendation (Doc. No. 53) is **ADOPTED IN PART** as described in the accompanying memorandum;

2. The Petition for a Writ of Habeas Corpus (Doc. Nos. 1, 39) is **APPROVED** for the reasons set forth in the accompanying memorandum; and

3. Petitioner Kareem Eaddy shall be **RETRIED** within **180 days** of this Order or be released.

BY THE COURT:

/s/ Gene E.K. Pratter

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**